**No. 23-3624 (consolidated with No. 23-3627)**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

CENTER FOR BIOLOGICAL DIVERSITY *et al.*,
*Plaintiffs-Appellants*,

v.

BUREAU OF LAND MANAGEMENT *et al.*,
*Defendants-Appellees*,

CONOCOPHILLIPS ALASKA, INC. *et al.*,
*Intervenor-Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Alaska

Nos. 3:23-cv-00061-SLG, 3:23-cv-00058-SLG
Hon. Sharon L. Gleason

---

**PLAINTIFFS-APPELLANTS CENTER FOR BIOLOGICAL DIVERSITY *ET AL.*'S MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF**

---

Erik Grafe
Jeremy C. Lieb
Carole A. Holley
EARTHJUSTICE
441 W 5th Avenue, St. 301
Anchorage, AK 99501
T: 907.277.2500

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751

*Attorneys for Plaintiffs-Appellants Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

Kristen Monsell
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100

*Attorneys for Plaintiff-Appellant Center for Biological Diversity*

Cecilia Segal
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 21st floor
San Francisco, CA 94104
T: 415.875.6100

Michelle Wu
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th St., 11th Floor
New York, NY 10011
T: 646.889.1489

*Attorneys for Plaintiff-Appellant Natural Resources Defense Council*

January 19, 2024

Pursuant to Circuit Rule 32-2(a), Plaintiffs-Appellants Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, Greenpeace, Inc., and Natural Resources Defense Council (CBD Plaintiffs) respectfully move for leave to file a single, overlength reply brief not exceeding 9,054 words.

As described in the attached declaration of Erik Grafe, Plaintiffs' reply must respond to six answering briefs—Defendants-Appellees' brief (Dkt. 104.1 at 71) and the briefs of Intervenor-Defendant-Appellees North Slope Borough (Dkt. 107.1 at 66); Kuukpik Corporation (Dkt. 111.1 at 48); State of Alaska (Dkt. 113.1 at 22); ConocoPhillips Alaska, Inc. (ConocoPhillips) (Dkt. 115.1 at 68); and Arctic Slope Regional Corporation (Dkt. 125.1)—totaling 67,259 words. Grafe Decl., ¶3. These briefs contain some overlap but also contain various distinct arguments, including on jurisdictional issues. *Id.* Though Plaintiffs' counsel exercised diligence to minimize the length of their reply, the additional words requested here are necessary to fully and meaningfully respond to each of the arguments presented. *Id.*, ¶¶4-5. Because Plaintiffs-Appellants' opening brief was almost 1000 words below the applicable word count, Dkt. 46.1 at 60, their overall briefing, at 22,136 words, would not exceed the applicable combined word count of 22,400 words. *See* Cir. R. 32-1(a), (b); 33-2(b).

No parties oppose this motion. Grafe Decl., ¶6.

Respectfully submitted this 19th day of January, 2024.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
Jeremy C. Lieb (Alaska Bar No. 1810088)
Carole A. Holley (Alaska Bar No. 0611076)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs-Appellants Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

*s/ Kristen Monsell*
Kristen Monsell (California Bar No. 304793)
CENTER FOR BIOLOGICAL DIVERSITY

*Attorneys for Plaintiff-Appellant Center for Biological Diversity*

*s/ Cecilia Segal*
Cecilia Segal (California Bar No. 310935)
Michelle Wu (New York Bar No. 5633664)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff-Appellant Natural Resources Defense Council*

3

## CERTIFICATE OF COMPLIANCE

I certify that:

(i) This document uses proportionally spaced, 14-point, roman style font and therefore complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 32(a)(5) and (6); and

(ii) This document contains 214 words, excluding items exempted by Federal Rule of Appellate Procedure 32(f). When divided by 280, the word length of this document does not exceed 20 pages in compliance with Circuit Rules 27-1(1)(d) and 32-3(2).

Dated: January 19, 2024  *s/ Erik Grafe*
Erik Grafe