**No. 23-3624 (consolidated with No. 23-3627)**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

CENTER FOR BIOLOGICAL DIVERSITY *et al.*,

*Plaintiffs-Appellants*,

v.

BUREAU OF LAND MANAGEMENT *et al.*,

*Defendants-Appellees*,

CONOCOPHILLIPS ALASKA, INC. *et al.*,

*Intervenor-Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Alaska

Nos. 3:23-cv-00061-SLG, 3:23-cv-00058-SLG
Hon. Sharon L. Gleason

---

**DECLARATION OF ERIK GRAFE**

---

| | | |
|---|---|---|
| Erik Grafe<br>Jeremy C. Lieb<br>Carole A. Holley<br>EARTHJUSTICE<br>441 W 5th Avenue, St. 301<br>Anchorage, AK 99501<br>T: 907.277.2500<br><br>Eric P. Jorgensen<br>EARTHJUSTICE<br>325 Fourth Street<br>Juneau, AK 99801<br>T: 907.586.2751<br><br>*Attorneys for Plaintiffs-Appellants Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.* | Kristen Monsell<br>CENTER FOR BIOLOGICAL DIVERSITY<br>1212 Broadway, St. #800<br>Oakland, CA 94612<br>T: 510.844.7100<br><br><br><br><br><br><br><br><br>*Attorneys for Plaintiff-Appellant Center for Biological Diversity* | Cecilia Segal<br>NATURAL RESOURCES DEFENSE COUNCIL<br>111 Sutter St., 21st floor<br>San Francisco, CA 94104<br>T: 415.875.6100<br><br>Michelle Wu<br>NATURAL RESOURCES DEFENSE COUNCIL<br>40 West 20th St., 11th Floor<br>New York, NY 10011<br>T: 646.889.1489<br><br>*Attorneys for Plaintiff-Appellant Natural Resources Defense Council* |

January 19, 2024

I, Erik Grafe, declare as follows:

1. I am one of the attorneys representing Plaintiffs-Appellants Center for Biological Diversity *et al.* (CBD Plaintiffs) in the above-referenced matter.

2. Pursuant to the schedule set by the Order dated December 18, 2023, Dkt. 37.1, CBD Plaintiffs filed their opening brief on December 29, 2023, Dkt. 46.1.

3. On January 12, 2024, Defendants-Appellees (Defendants) and Intervenor-Defendant-Appellees North Slope Borough, Kuukpik Corporation, State of Alaska, ConocoPhillips Alaska, Inc., and Arctic Slope Regional Corporation (collectively "Intervenors") filed their answering briefs, Dkts. 104.1, 107.1, 111.1, 113.1, 115.1, and 125.1. These briefs contained 15,388 (Dkt. 104.1 at 71), 15,110 (Dkt. 107.1 at 66), 10,585 (Dkt. 111.1 at 48), 4,494 (Dkt. 113.1 at 22), 15,003 (Dkt. 115.1 at 68), and 6,679 words (Dkt. 125.1), respectively. Combined, Defendants' and Intervenors' answering briefs total 67,259 words. Though there is some overlap in the answering briefs, many of the briefs contain distinct arguments, including jurisdictional challenges.

4. CBD Plaintiffs request permission to file an overlength reply brief not exceeding 9,054 words. The requested length of the reply reflects a reasonable increase to the applicable word count of 8,400 words in light of the multiple answering briefs CBD Plaintiffs' reply brief addresses. *See* Cir. R. 32-1(b)

2

(establishing a word limit of 7,000 words for reply); Cir. R. 32-2(b) (allowing 1,400 extra words for a party that files a single brief responding to multiple briefs). Because Plaintiffs-Appellants' opening brief was almost 1000 words below the applicable word count, Dkt. 46.1 at 60, their overall briefing, at 22,136 words, would not exceed the applicable combined word count of 22,400 words, *see* Cir. R. 32-1(a), (b); 33-2(b).

5. I am among the primary drafters of CBD Plaintiffs' reply. In light of the various legal and factual arguments at issue, and despite my and my co-counsels' exercise of diligence to reduce word count, the requested additional words are necessary to respond fully to Defendants' and Intervenors' answering briefs.

6. On January 19, 2024, I emailed counsel for all parties. Counsel for Defendants-Appellees, and Intervenor-Defendants-Appellees ConocoPhillips and North Slope Borough state that they do not take a position on this motion. Counsel for Intervenor-Defendants State of Alaska, Arctic Slope Regional Corporation, and Kuukpik Corporation state that they do not oppose this motion.

3

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed this 19th day of January, 2024.

                *s/ Erik Grafe*
                Erik Grafe (Alaska Bar No. 0804010)
                EARTHJUSTICE